# Ait UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **DENNIS W VANICOR ET AL** | **CASE NO.  2:25-CV-00061** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **BARNES TRANSPORTATION SERVICES INC ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Before the court is a Report and Recommendation [Doc. 17] of the Magistrate Judge, recommending that the Motion to Remand [doc. 10] filed by plaintiffs be denied.

The Report and Recommendation of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Plaintiffs' Motion to Remand [doc. 10] is **DENIED.**

**THUS DONE AND SIGNED** in Chambers on this 17th day of October, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**