## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

DENNIS W. VANICOR, ET AL.                    CIVIL ACTION NO. 25-0061

VERSUS                                       JUDGE ALEXANDER C. VAN HOOK

BARNES TRANSPORTATION
SERVICES, INC., ET AL.                       MAGISTRATE JUDGE LEBLANC

### JUDGMENT

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 53, the defendants' motion to dismiss, Record Document 39, together with the written objections raised by plaintiffs, Record Document 55, the defendants' response to those objections, Record Document 56, after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that the defendants' motion to dismiss, Record Document 39, is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiffs' Amended Restated Petition, Record Document 38, is **DISMISSED WITH PREJUDICE** under Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure for failure to plead fraud with particularity and failure to state a claim on which relief may be granted.

1

**IT IS FURTHER ORDERED** that all remaining motions are **DENIED** as **MOOT**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 22nd day of June, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE